**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-14-0001172**
**30-MAR-2015**
**09:08 AM**

NO. CAAP-14-0001172

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FINANCE FACTORS, LIMITED, a Hawaii corporation,
Plaintiff-Appellee,
v.
SAMUEL LOMBOY BUMATAY, MARJORY GOROSPE BUMATAY,
Defendants-Appellants,
and
BANK OF AMERICA, N.A., Defendant-Appellee,
and
JOHN DOES 1-50, JANE DOES 1-50, DOE ENTITIES 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 09-1-0110)

ORDER APPROVING THE MARCH 23, 2015
STIPULATION FOR DISMISSAL OF APPEAL
(By: Foley, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed March 23, 2015, by Defendants/Crossclaim Plaintiffs/Appellants Samuel Lomboy Bumatay and Marjory Gorospe Bumatay, and the record, it appears that (1) the stipulation is dated and signed by counsel for all parties; (2) the parties seek to dismiss the appeal pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b); and (3) the parties agree to bear their own costs and attorney's fees on appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own appellate costs and attorney's fees.

DATED: Honolulu, Hawai‘i, March 30, 2015.

Presiding Judge

Associate Judge

Associate Judge